# In the United States Court of Federal Claims

| | |
|---|---|
| SCIENCE APPLICATIONS INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Defendant, <br><br> and <br><br> L3 TECHNOLOGIES, INC., <br><br> Third-Party Defendant. | No. 17-cv-00825 C <br><br> Filed: March 15, 2021 |

### ORDER

    On March 12, 2021, Goutam Patnaik moved to withdraw his appearance a counsel for Plaintiff, Scientific Applications International Corporation. (ECF No. 169.) Plaintiff will continue to be represented in this matter by Attorney Gwendolyn Tawresey of Troutman Pepper Hamilton Sanders and Stephen R. Smith, DeAnna D. Allen, Erin M. Estevez, James P. Hughes, and Douglas P. Lobel of Cooley LLP.  *Id*.  Because Mr. Smith will continue to represent SAIC as its attorney of record, Mr. Patnaik's motion is **GRANTED**.

    IT IS SO ORDERED.

                                                                                    s/Eleni M. Roumel  
                                                                             ELENI M. ROUMEL  
                                                                                       Judge